# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PARENTAL
RIGHTS AS TO A.S.O., A MINOR,

No. 69480

CLARK COUNTY DEPARTMENT OF
FAMILY SERVICES,

Appellant,

vs.

ROBERT I.,

Respondent.

FILED

MAY 2 4 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Cynthia N. Giuliani, District Judge
Clark County District Attorney/Juvenile Division
Valarie I. Fujii & Associates
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

16-16278